

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00116-CV

Norris J. **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01296
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant Norris J. DeVoll has filed a notice stating that he filed for relief under the United States Bankruptcy Code on January 7, 2015. The notice states that the bankruptcy proceeding is pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, under Case No. 15-50122 G, styled *In re: Norris J. DeVoll*. Accordingly, the appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court